UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-cv-60024-WJZ

TAOUFIQ SEFFAR and HANAN SEFFAR,

      Plaintiffs,

vs.

BANK REO SERVICING, LLC, a Florida
Limited Liability Company; RESIDENTIAL
CREDIT SOLUTIONS, INC., a Delaware
Corporation; and BAYVIEW LOAN SERVICING
LLC, a Delaware Limited Liability Company;

      Defendants.

_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator

reports that a mediation conference was held on January 12, 2017, all of the parties and their

representatives were present, and the matter was settled.

Respectfully Submitted,

LICHTER LAW FIRM
2999 NE 191st, Suite 330
Aventura, FL 33180
(305) 356-7555 – voice
(305) 356-7556 – facsimile

By: /s/ David Lichter, Esq.
     David H. Lichter, Esq.,
       *Mediator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2017, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Email:  dcharlip@charliplawgroup.com*

David H. Charlip, B.C.S.
CHARLIP LAW GROUP, LC
11900 Biscayne Blvd., Suite 200
North Miami, Florida 33181

*Counsel for Plaintiffs*

*Email: Kirby.mcdonough@quarles.com*

J. Kirby McDonough, Esq.
Quarles & Brady, LLP.
101 E. Kennedy Boulevard
Suite 3400
Tampa, Florida 33602

*Counsel for Defendant, Residential Credit Solutions*

*Email:  nic@lwpalaw.com*

Nicholas Lampariello, Esq.
Lampariello & Warrick, P.A.
150 South Pine Island Road
Suite 220
Plantation, Florida 33324

*Counsel for Defendant, Bank REO Servicing*
*Email:  William.Heller@akerman.com;*
*Nathaniel.callahan@akerman.com*

Nathaniel D. Callahan, Esq.
William Heller, Esq.
Akerman, LLP
Las Olas Centre II
350 East Las Olas Blvd., Ste 1600
Ft. Lauderdale, Florida  33301

*Counsel for Defendant, Bayview Loan Servicing*

/s/ David Lichter, Esq.
David H. Lichter, Esq.
Florida Bar No. 359122