UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:16-cv-60024-WJZ

TAOUFIQ SEFFAR and HANAN SEFFAR,

        Plaintiffs,

vs.

BANK REO SERVICING, LLC., a Florida
Limited Liability Company; RESIDENTIAL
CREDIT SOLUTIONS, INC., a Delaware
Corporation; and BAYVIEW LOAN SERVICING
LLC., a Delaware Limited Liability Company;

        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**WHEREAS**, Plaintiffs, TAOUFIQ SEFFAR and HANAN SEFFAR, agree to voluntarily dismiss Defendants, BANK REO SERVICING, LLC., RESIDENTIAL CREDIT SOLUTIONS, INC. and BAYVIEW LOAN SERVICING, LLC., in this action with prejudice; and

**WHEREAS**, Plaintiffs, TAOUFIQ SEFFAR and HANAN SEFFAR and Defendants, BANK REO SERVICING, LLC., RESIDENTIAL CREDIT SOLUTIONS, INC. and BAYVIEW LOAN SERVICING, LLC., stipulate and agree that each of said parties in this action shall bear their own attorneys' fees and costs;

**IT IS HEREBY STIPULATED AND AGREED** among the parties that, pursuant to Federal Rule of Civil Procedure 41(a), the claims of Plaintiffs, TAOUFIQ SEFFAR and HANAN SEFFAR, shall be dismissed with prejudice, and that said parties in this action shall each bear their own attorney's fees and costs.

Dated: January 31, 2017.

1

Respectfully submitted,

| | |
|---|---|
| /s/ *Henry H. Bolz*<br>Henry H. Bolz, Esq.<br>Akerman, LLP<br>Las Olas Centre II<br>350 East Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301<br>william.heller@akerman.com<br>henry.bolz@akerman.com<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br>*Counsel for Defendant, Bayview Loan Servicing* | /s/ J. Kirby McDonough<br>J. Kirby McDonough, Esq.<br>Quarles & Brady, LLP.<br>101 E. Kennedy Boulevard<br>Suite 3400<br>Tampa, Florida 33602<br>kirby.mcdonough@quarles.com<br>Tel: (813) 387-0300<br>Fax: (813) 387-1800<br>*Counsel for Defendant, Residential Credit Solutions* |
| /s/ David H. Charlip<br>David H. Charlip, B.C.S.<br>Charlip Law Group, LC<br>11900 Biscayne Boulevard<br>Suite 200<br>North Miami, Florida 33181<br>Tel: (305) 354-9313<br>Fax: (305) 354-9314<br>dcharlip@charliplawgroup.com<br>paralegal@charliplawgroup.com<br>*Counsel for Plaintiffs, Taoufiq Seffar and Hanan Seffar* | /s/ Nicholas Lampariello<br>Nicholas Lampariello, Esq.<br>Lampariello & Warrick, P.A.<br>150 South Pine Island Road<br>Suite 220<br>Plantation, Florida 33324<br>nic@lwpalaw.com<br>Tel: (954) 628-3579<br>Fax: (954) 343-1414<br>*Counsel for Defendant, Bank REO Servicing* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 31, 2017, I served the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                      CHARLIP LAW GROUP, LC
                                      *Counsel for Plaintiffs*
                                      11900 Biscayne Blvd., Suite 200
                                      North Miami, Florida 33181
                                      Tel: (305) 354-9313
                                      Fax: (305) 354-9314

                          By:   */s/David H. Charlip*
                                David H. Charlip, B.C.S.
                                Florida Bar No. 329932

## SERVICE LIST

*Taoufiq Seffar vs. Bank REO Servicing, et al.*
*United States District Court Southern District of Florida*

### CASE NO. 16-60024-CIV-ZLOCH

| | |
|---|---|
| Henry H. Bolz, Esq.<br>Akerman, LLP<br>Las Olas Centre II<br>350 East Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301<br>william.heller@akerman.com<br>henry.bolz@akerman.com<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br>*Counsel for Defendant, Bayview Loan Servicing* | J. Kirby McDonough, Esq.<br>Quarles & Brady, LLP.<br>101 E. Kennedy Boulevard<br>Suite 3400<br>Tampa, Florida 33602<br>kirby.mcdonough@quarles.com<br>Tel: (813) 387-0300<br>Fax: (813) 387-1800<br>*Counsel for Defendant, Residential Credit Solutions* |
| Nicholas Lampariello, Esq.<br>Lampariello & Warrick, P.A.<br>150 South Pine Island Road<br>Suite 220<br>Plantation, Florida 33324<br>nic@lwpalaw.com<br>Tel: (954) 628-3579<br>Fax: (954) 343-1414<br>*Counsel for Defendant, Bank REO Servicing* | |